## Carl GOODWIN v. STATE.
### 6 Div. 444.

Supreme Court of Alabama.
Oct. 5, 1933.

PER CURIAM.
Appeal dismissed by appellant.

149 So. 921

## Sid HANNON and Horace Robinson v. STATE.
### 6 Div. 431.

Supreme Court of Alabama.
Oct. 5, 1933.

J. L. Stephenson, of Parrish, for petitioners.
Thos. E. Knight, Jr., Atty. Gen., opposed.

FOSTER, Justice.
Petition of Sid Hannon and Horace Robinson for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Hannon and Robinson v. State, 25 Ala. App. 673, 149 So. 925.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

148 So. 912

## W. M. HAYGOOD v. Jim LINDSEY.
### 3 Div. 54.

Supreme Court of Alabama.
May 11, 1933.

PER CURIAM.
Affirmed.

148 So. 912

## David M. HILL, Admr. v. Belle LINDSEY.
### 6 Div. 266.

Supreme Court of Alabama.
May 11, 1933.

P. A. Nash, of Oneonta, and Coleman, Spain, Stewart & Davies, of Birmingham, for appellant.

B. M. Bains and J. T. Johnson, both of Oneonta, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

150 So. 919

## INDEMNITY INSURANCE CO. OF NORTH AMERICA v. Mary Lou WALL, pro ami.
### 4 Div. 735.

Supreme Court of Alabama.
Dec. 7, 1933.

PER CURIAM.
Appeal dismissed by appellant.

149 So. 922

## Ellen O'M. JOHNSON et al. v. Crawford JOHNSON et al.
### 8 Div. 450.

Supreme Court of Alabama.
Oct. 5, 1933.

R. L. Polk, of Sheffield, for appellants.
Andrews, Peach & Almon, of Sheffield, for appellees.

PER CURIAM.
Appeal dismissed by agreement.